IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| AHMED WEDI, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CAUSE NO. EP-26-CV-945-KC |
| | § | |
| WARDEN OF ERO EL PASO EAST | § | |
| MONTANA et al., | § | |
| | § | |
| Respondents. | § | |

## FINAL JUDGMENT

On this day, the Court considered the case. On April 14, 2026, the Court granted in part Ahmed Wedi's Petition for Writ of Habeas Corpus and ordered Respondents to either (1) provide him with a bond hearing before an immigration judge ("IJ"), at which the Government was to bear the burden of justifying, by clear and convincing evidence of dangerousness or flight risk, his continued detention; or (2) release him from custody, under reasonable conditions of supervision. Apr. 14, 2026, Order 3, ECF No. 5.

Respondents have now informed the Court that on April 21, 2026, an IJ ordered Wedi released on a $7,500.00 bond. Status Report, ECF No. 6; *see id.* Ex. A ("IJ Order"), ECF No. 6-1.

It appears that no matters remain to be resolved in this case. *See generally* Pet., ECF No. 1; Apr. 14, 2026, Order. Accordingly, **the Clerk shall close the case.**

**SO ORDERED**.

**SIGNED this 22nd day of April, 2026.**

KATHLEEN  CARDONE
UNITED STATES DISTRICT JUDGE